UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA ISABEL VARGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,<br><br>        Defendants. | CASE NO. C09-0352-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Judge Coughenour recuses himself from this case. Accordingly, the case is hereby TRANSFERRED to the Honorable Marsha J. Pechman. All future pleadings filed in this case should reflect the change in the case number as follows: C09-0352-MJP.

DATED this 26th day of March, 2009.

                              BRUCE RIFKIN, Clerk of Court

                              By  */s/ V. Perez*
                                       Deputy Clerk

MINUTE ORDER – 1